MOSES ROBBINS, Landlord, Appellant, *v.* MAE F. BAILEY, Tenant, Respondent.

Supreme Court, Appellate Term, First Department, December 7, 1950.

*Samuel Kowal* for appellant.

*Danton L. McDougald* for respondent.

*Per Curiam.* It being represented that the landlord has accepted rent since the issuance of the warrant covering the period in dispute and ensuing months, the appeal is dismissed.

The appeal should be dismissed, without costs.

HAMMER, HOFSTADTER and SCHREIBER, JJ., concur.

Appeal dismissed.